UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

SENSIENT TECHNOLOGIES CORPORATION,

      Plaintiff,

      v.                                                                          Case No. 07-C-0668

ROYAL DSM V.V.,
DSM IP ASSETS B.V.,
DSM FOOD SPECIALTIES,
DSM FOOD SPECIALTIES USA, INC.

      Defendants.

## ORDER GRANTING TEMPORARY INJUNCTION

      The plaintiff Sensient Technologies Corporation's motion for injunctive relief having come before the Court on July 24, 2007, and the Court having considered the motion, the declaration of Andrew Dratt, and the other written submissions of Sensient Technologies Corporation, and the Court having heard the arguments of counsel, and after due deliberation and for the reasons stated on the record,

      IT IS ORDERED that plaintiff's motion for temporary restraining order and preliminary injunction is GRANTED.

      IT IS FURTHER ORDERED that DSM Food Specialties USA, Inc., Royal DSM N.V., DSM IP Assets B.V., and DSM Food Specialties (Defendants), and their servants, agents, employees, successors and assigns, and all others in privity or active concert or participations with them, and each and all of them are enjoined from unveiling, showing, selling, marketing, displaying, promoting, or otherwise advertising their product at the IFT 2007 Trade Show in Chicago under the SENSARITE name or

trademark, or any mark confusingly similar to the SENSIENT or SENSIROME trademarks.

IT IS FURTHER ORDERED that defendants shall take all reasonable steps within their power to prevent or halt the dissemination of the SENSARITE trademark in any publication distributed at or in conjunction with the IFT 2007 Trade Show in Chicago, and in the event they are unable to prevent or halt such dissemination, to take reasonable corrective action, as is possible and agreed to by the parties.

IT IS FURTHER ORDERED that plaintiff is not required to post a bond.

IT IS FURTHER ORDERED that this order shall expire in ten (10) days from the date of issuance unless otherwise ordered by this court or stipulated by the parties.

Dated at Milwaukee, Wisconsin, this 24th day of July, 2007 at 5:36 p.m.

BY THE COURT

s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
U. S. DISTRICT JUDGE